DIANE MARIE ACCIAVATTI, LLC
77 JEFFERSON PLACE
TOTOWA, NEW JERSEY 07512
ATTORNEY FOR PLAINTIFF
(973) 790-5008
(DA 3567)

| | |
|---|---|
| RICHARD DROWN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL FAILLACE, ESQ., and<br>MICHAEL FAILLACE & ASSOCIATES,<br><br>    Defendants | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL CASE NO. 08-02226(PGS)<br><br><br>AMENDED PRETRIAL<br>SCHEDULING ORDER |

  **THIS MATTER** having come before the Court on April 28, 2009 for a telephone scheduling conference ; and the Court having granted the request for an extension of the discovery deadlines as set forth in the Pretrial Scheduling Order dated October 15, 2008; and for good cause shown:

  IT IS on this ___ day May, 2009,

  **ORDERED THAT:**

  The deadlines set forth in the Pretrial Scheduling Order dated October 15, 2008 are amended as follows:

### I. DISCOVERY AND MOTION PRACTICE

  1. **Fact Discovery Deadline** Fact Discovery is to remain open through **June 15, 2009**;

  2. **All Discovery Deadline** All discovery deadline is to

remain open through **September 28, 2009;**

## II. EXPERTS

11. **Affirmative Expert Reports**   All affirmative expert reports shall be delivered by **July 13, 2009;**

12. **Responding Expert Reports**   All responding expert reports shall be delivered by **August 17, 2009;**

Except as set forth above, the Pretrial Scheduling Order dated October 15, 2008 remains in full force and effect.

ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE